BEFORE THE THIRD DIVISION, OCTOBER 31, 1941

**No. 46526.**—Protests 43641–K, etc., of Lord & Taylor et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46527.**—Protest 760904–G of Forest City Produce Co. (Cleveland).

Opinion by CLINE, J. At the trial the case was submitted without the introduction of testimony or other evidence. As there was nothing in the record to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.

**No. 46528.**—Protest 959532–G (A) of E. H. Silberman Paper Co. (New York).

Opinion by CLINE, J. An examination of the record failed to disclose anything which would warrant the court in disturbing the finding of the collector which was held presumptively correct.

**No. 46529.**—Protests 57448–K, etc., of Gunthel & Cruveilher (New York).

Opinion by CLINE, J. An examination of the record in each case disclosed nothing that would warrant a disturbance of the finding of the collector which was held presumptively correct.

**No. 46530.**—Protests 766272–G, etc., of W. R. Zanes & Co. et al. (Galveston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46531.**—Protests 767651–G, etc., of Albers Bros. Milling Co. et al. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.